FILED
November 11, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003895505

T. SCOTT BELDEN, CSB NO. 184387
JACOB L. EATON, CSB NO. 244834
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail: sbelden@kleinlaw.com; jeaton@kleinlaw.com

Proposed Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| In re: | Case No. 11-62167-B-11 |
|---|---|
| STOCKDALE TOWER 1, LLC, | Chapter 11 |
| Debtor. | DC No. KDG-1 |
| | Emergency Hearing Date: November 16, 2011<br>Emergency Hearing Time: 9:00 a.m.<br>Final Hearing Date: To be determined<br>Final Hearing Time: To be determined<br>Place: U.S. Bankruptcy Court<br>2500 Tulare Street, Dept. B<br>Courtroom 12, Fifth Floor<br>Fresno, California<br>Judge: Honorable W. Richard Lee |

**EXHIBITS TO EMERGENCY MOTION FOR ORDER AUTHORIZING USE OF**

**CASH COLLATERAL IN ORDINARY COURSE OF BUSINESS**

| EXHIBIT | DESCRIPTION | PAGE(S) |
|---|---|---|
| A | Weekly Budget from November 7, 2011 through December 4, 2011 | 2 |

Date: November 10, 2011

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By_____
T. SCOTT BELDEN
JACOB L. EATON
Proposed Attorneys for Debtors

STOCKDALE TOWER 1, LLC

| November-11 | 11/07-11/13 | 11/14-11/20 | 11/21-11/27 | 11/28-12/04 | TOTAL |
|---|---|---|---|---|---|
| Beginning Balance | $150.00 | $10,000.00 | $10,771.12 | $572.69 | |
| INCOME | | | | | |
| Rent | $11,000.00 | $19,740.00 | $10,000.00 | $127,651.00 | $168,391.00 |
| TOTAL INCOME | $11,000.00 | $19,740.00 | $10,000.00 | $127,651.00 | $168,391.00 |
| EXPENSES | | | | | |
| Telephone | | | | $300.00 | $300.00 |
| Cal Water | | | | $1,940.00 | $1,940.00 |
| Cleaning Supplies | | | | $500.00 | $500.00 |
| City of Bakersfield | | | | $2,500.00 | $2,500.00 |
| Gas | | | $198.43 | | $198.43 |
| Electric | | | $11,000.00 | | $11,000.00 |
| Climate Control | | $3,968.88 | | | $3,968.88 |
| Payroll | | $15,000.00 | | $15,000.00 | $30,000.00 |
| 2nd floor buildout | | | | $50,000.00 | $50,000.00 |
| 6th floor buildout | | | | $25,000.00 | $25,000.00 |
| ADA Requirements | | | | $25,000.00 | $25,000.00 |
| EDD-Payroll tax | | | | $600.00 | $600.00 |
| IRS-Payroll tax | | | | $2,200.00 | $2,200.00 |
| Adequate Assurance Payments | | | $9,000.00 | $6,000.00 | $15,000.00 |
| TOTAL EXPENSES | $0.00 | $18,968.88 | $20,198.43 | $123,800.00 | $162,967.31 |
| Cash Balance | $11,150.00 | $10,771.12 | $572.69 | $4,423.69 | $5,423.69 |

EXHIBIT "A"

2