FILED
November 11, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003895813

Aron M. Oliner (SBN: 152373)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Attorneys for Secured Creditor
LBUBS 2004-C6 Stockdale Office Limited Partnership,
a Delaware limited partnership

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>STOCKDALE TOWER 1, LLC,<br><br>Debtor. | Case No. 11-62167-B-11<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that secured creditor LBUBS 2004-C6 Stockdale Office Limited Partnership, a Delaware limited partnership ("Secured Creditor"), hereby requests notice of all events relevant to the above-referenced bankruptcy case, and copies of all pleadings and documents filed in the above-referenced bankruptcy case, including but not limited to all pleadings or notices under Federal Rule of Bankruptcy Procedure 2002, and that such notices and pleadings be served to both of the following addresses:

> Aron M. Oliner
> Phillip K. Wang
> **DUANE MORRIS LLP**
> One Market Plaza
> Spear Street Tower, Suite 2200
> San Francisco, CA 94105-1127

1 | Secured Creditor requests that both the above addresses be added to the creditor matrix in
2 | the above-referenced bankruptcy case.

Dated:  November 11, 2011                    **DUANE MORRIS LLP**

                                              By:    /s/ Aron M. Oliner (152373)
                                                    ARON M. OLINER
                                              Attorneys for Secured Creditor,
                                              LBUBS 2004-C6 Stockdale Office Limited
                                              Partnership, a Delaware limited partnership