# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

---

| | | |
|---|---|---|
| **Case Title :** | STOCKDALE TOWER 1, LLC | **Case No :**   **11−62167 − B − 11** |
| | | **Date :**   11/16/11 |
| | | **Time :**   09:00 |

| | | |
|---|---|---|
| **Matter :** | [16] − Motion/Application to Use Cash Collateral [KDG−1] Filed by Debtor STOCKDALE TOWER 1, LLC (rgaf) | UNOPPOSED |

| | |
|---|---|
| **Judge :** | W. Richard Lee |
| **Courtroom Deputy :** | Jennifer Dauer |
| **Reporter :** | Karen Griswold |
| **Department :** | B |

---

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Debtor(s) Attorney − Jacob L. Eaton
**Respondent(s) :**
(by phone)   Creditor's Attorney − Ron Oliner
              U.S. Trustee's Attorney − Robin Tubesing

---

HEARING CONTINUED TO: 12/1/11 at 09:00 AM


Authorized interim use of cash collateral through December 1, 2011