**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

| | | | |
|---|---|---|---|
| **Case Title :** | STOCKDALE TOWER 1, LLC | **Case No :** | 11-62167 - B - 11 |
| | | **Date :** | 11/16/11 |
| | | **Time :** | 09:00 |
| **Matter :** | [24] - Motion/Application to Pay [KDG-2] Filed by Debtor STOCKDALE TOWER 1, LLC (rgaf) | | UNOPPOSED |
| **Judge :** | W. Richard Lee | | |
| **Courtroom Deputy :** | Jennifer Dauer | | |
| **Reporter :** | Karen Griswold | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Debtor(s) Attorney - Jacob L. Eaton
**Respondent(s) :**
(by phone)    Creditor's Attorney - Ron Oliner
         U.S. Trustee's Attorney - Robin Tubesing

MOTION was :
Granted