FILED
November 23, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003919408

Phillip K. Wang (SBN 186712)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: pwang@duanemorris.com

Attorneys for Secured Creditor
LBUBS 2004-C6 Stockdale Office Limited Partnership,
a Delaware limited partnership

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| In re | Case No. 11-62167-B-11 |
|---|---|
| STOCKDALE TOWER 1, LLC, | Chapter 11 |
| Debtor. | **REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that secured creditor LBUBS 2004-C6 Stockdale Office Limited Partnership, a Delaware limited partnership ("Secured Creditor"), hereby requests notice of all events relevant to the above-referenced bankruptcy case, and copies of all pleadings and documents filed in the above-referenced bankruptcy case, including but not limited to all pleadings or notices under Federal Rule of Bankruptcy Procedure 2002, and that such notices and pleadings be served to both of the following addresses:

Phillip K. Wang
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
pwang@duanemorris.com

DM3\1972477.1 R1501/00170

1

DUANE MORRIS LLP
SAN FRANCISCO

REQUEST FOR SPECIAL NOTICE - CASE NO. 11-62167-B-11

Secured Creditor requests that both the above addresses be added to the creditor matrix in the above-referenced bankruptcy case.

Dated: November 23, 2011                    **DUANE MORRIS LLP**

By:   /s/ Phillip K. Wang (186712)
        PHILLIP K. WANG
        Attorneys for Secured Creditor,
        LBUBS 2004-C6 Stockdale Office Limited
        Partnership, a Delaware limited partnership