FILED
December 06, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003941568

T. SCOTT BELDEN, CSB NO. 184387
JACOB L. EATON, CSB NO. 244834
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail: sbelden@kleinlaw.com; jeaton@kleinlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>STOCKDALE TOWER 1, LLC,<br><br>Debtor. | Case No. 11-62167-B-11<br><br>Chapter 11<br><br>DC No. KDG-5<br><br>Date: No hearing required<br>Time: No hearing required<br>Place:   U.S. Bankruptcy Court<br>            1300 18th Street, First floor<br>            Bakersfield, California<br>Judge:   Honorable W. Richard Lee |

**APPLICATION BY DEBTOR FOR ORDER AUTHORIZING
<u>EMPLOYMENT OF REAL ESTATE BROKER</u>
CB RICHARD ELLIS**

TO THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

The Application by Debtor for Order Authorizing Employment of Real Estate Broker filed by STOCKDALE TOWER 1, LLC ("Debtor") provides as follows:

**I. Introduction**

1.      Debtor filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code on November 7, 2011.  Debtor has remained in possession of its property and has managed its affairs as a debtor-in-possession since it filed for relief under Chapter 11. A trustee has not been sought or appointed in the case filed by Debtor.

2. Debtor's primary source of income is rental income from a 12-story office building located at 5060 California Avenue, Bakersfield, California commonly known as the Stockdale Tower ("the Real Property").

**II. Broker Information**

3. Debtor wishes to employ CB Richard Ellis ("CBRE"), 5060 California Avenue, Suite 1000, Bakersfield CA, as its real estate broker to represent it in marketing, selling and/or leasing the Real Property.

4. Debtor is informed and believes that CBRE is a qualified real estate brokerage company and that CBRE can assist Debtor in marketing, selling, or negotiating leases concerning the Real Property. Debtor is informed and believes that CBRE employs persons experienced in the marketing of commercial property in Bakersfield, California. Fred Wilkerson and Pat Thompson are the listing agents and they and their support team will be assisting Debtor in its efforts to market, sell and/or lease the Real Property

5. Debtor believes that the employment of CBRE will assist it in the marketing, selling and/or leasing of the Real Property and is in the best interest of its Chapter 11 estate.

**III. Commission Structure**

**A. Sale of Real Property**

6. Based on the terms of the <u>Exclusive Leasing Listing Agreement</u> and <u>Amendment to Listing Agreement</u> entered into between debtor and CBRE, CBRE will receive a commission on the sale of Real Property in the amount of a five percent (5%) of the gross selling price if it represents both the buyer and Debtor. Any compensation paid to CBRE will be paid directly from escrow from proceeds received from the sale of the Real Property and shall be subject to approval by the Court. CBRE has not received a retainer from Debtor or any other person.

7. If the Real Property is sold to buyers not represented by CBRE, Debtor contemplates that CBRE would be entitled to receive a commission of up to two and one-half percent (2 1/2%) of the gross selling price for services rendered in representing the estate in marketing the property, subject to a motion requesting this compensation. The broker,

representing such buyer, would be entitled to receive a commission of up to two and one-half percent (2 1/2%) of the accepted and consummated sale price. The estate will not be liable for more than the total of five percent (5%) for commissions. The commission(s) will be payable only to the brokers involved in the accepted and consummated sale.

8.    CBRE has been informed and understands that no sale may be consummated until after notice, hearing and approval by the Bankruptcy Court is made. Additionally, CBRE has been informed that any offer to purchase the Real Property will be subject to higher and better bids.

### B.    Lease of Real Property

9.    CBRE will receive a commission on the lease of Real Property summarized as follows:

    a.    Gross Leases –where landlord pays all or base year portion of taxes

        ii.    <u>Term of Lease Less Than 5 Years</u>

            6% of total base rental for the 1st 24 months in which rent is to be paid, plus

            5% of the total base rental for the next 12 months in which rent is to be paid, plus

            4% of the total base rental for the remainder of the term.

        iii.    <u>Term of Lease 5 through 25 Years</u>

            5% of the total base rental for the first 60 months in which rent is to be paid, plus

            2 1/2% of the total base rental for the next 60 months in which rent is to be paid, plus

            1 1/2% of the total base rental for the remainder of the term.

    b.    Net Leases –where tenant pays all real estate taxes

        ii.    <u>Term of Lease Less Than 5 Years</u>

                    7% of total base rental for the 1st 24 months in which rent is to be paid, plus

                    6% of the total base rental for the next 12 months in which rent is to be paid, plus

                    5% of the total base rental for the remainder of the term.

          iii.    <u>Term of Lease 5 through 25 Years</u>

                    6% of the total base rental for the first 60 months in which rent is to be paid, plus

                    3 1/2% of the total base rental for the next 60 months in which rent is to be paid, plus

                    2 1/2% of the total base rental for the remainder of the term.

If a lease term is in excess of 25 years then the commission shall be calculated upon only the base rental to be paid for the first 25 year of the lease term. See <u>Exclusive Leasing Listing Agreement</u> and <u>Amendment to Listing Agreement</u> attached as Exhibit "A" to the *Exhibits in Support of Application to Employ Real Estate Broker* for exact terms of the commission structure.

**IV. Disinterestedness and Connections**

    10.    Based on the Declaration of Fred Wilkerson, Debtor believes that CBRE is a disinterested person as the term is defined in 11 USC Section 101(14).

    11.    Based on the Declaration of Fred Wilkerson, CBRE has no connection with Debtor, its creditors, any other party in interest or their attorneys and accountants, the United States Trustee, or any person employed by the United States Trustee except for its employment on the terms described in this Application and the following connections:

        a.    CBRE is a tenant of the Real Property.  CBRE is current on its lease payments owed to Debtor,

   b.   CBRE has represented affiliates of Debtor in the past regarding the purchase and/or lease of real property, and

   c.   CBRE has represented Debtor in the past in negotiating various leases for parties.

12. Based on the Declaration of Fred Wilkerson, CBRE does not have a pre-petition claim against Debtor for any debt owed to CBRE by Debtor.

**V. Prayer**

WHEREFORE, Debtor requests that an Order be entered authorizing the employment of CB Richard Ellis as its real estate broker to assist Debtor in the marketing, sale and/or lease of the Real Property on the terms described in this Application and for such other and further relief as its just an proper.

Date: December 2, 2011

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By_____
T. SCOTT BELDEN
JACOB L. EATON,
Attorneys for Debtor

3666534.DOC                    5