FILED

December 06, 2011

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003941573

**5**

1  T. SCOTT BELDEN, CSB NO. 184387
   JACOB L. EATON, CSB NO. 244834
2  KLEIN, DENATALE, GOLDNER,
     COOPER, ROSENLIEB & KIMBALL, LLP
3  4550 California Avenue, Second Floor
   Bakersfield, California 93309
4  Telephone: (661) 395-1000
   Facsimile: (661) 326-0418
5  E-Mail: sbelden@kleinlaw.com; jeaton@kleinlaw.com

6  Attorneys for Debtor

7

8                    UNITED STATES BANKRUPTCY COURT

9        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  In re:                              Case No.  11-62167-B-11

12  STOCKDALE TOWER 1, LLC,             Chapter  11

13         Debtor.                      DC No.  KDG-5

14                                      Date:  No hearing required
                                        Time: No hearing required
15                                      Place:      U.S. Bankruptcy Court
                                                    1300 18th Street, First floor
16                                                  Bakersfield, California
                                        Judge:      Honorable W. Richard Lee
17

18           DECLARATION OF FRED WILKERSON IN SUPPORT OF
          APPLICATION BY DEBTOR FOR ORDER AUTHORIZING
19           <u>EMPLOYMENT OF REAL ESTATE BROKER</u>
                         CB RICHARD ELLIS
20

21       I, FRED WILKERSON, declare:

22       1.       I am a licensed real estate broker and I am a Vice President and Agent of CB

23  Richard Ellis ("CBRE").  I am authorized to make the following statements on behalf of

24  CBRE.  CBRE is in the business of marketing commercial, industrial, and investment

25  properties for sale or lease and has been doing business in Kern County, California since 1987.

26  I am a licensed California Real Estate Agent and a Vice President in the Bakersfield affiliate

27  office of CBRE.  I have extensive experience in the sale and lease of properties and have leased

28  or sold over one million square feet of office properties since joining CBRE in 1991.  A copy

_(vertical text, left margin)_ KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP   4550 CALIFORNIA AVENUE, SECOND FLOOR   BAKERSFIELD, CALIFORNIA 93309

3666612                                     1

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

1  Of my professional profile and that of my partner, Pat Thompson, is attached to the *Exhibits in*

2  *Support of Application by Debtor for Order Authorizing Employment of Real Estate Broker*

3  ("the Exhibits") as Exhibit "B" and is incorporated here by reference.

4      2.    I am informed that Debtor owns a 12 story commercial building located at 5060

5  California Avenue, Bakersfield CA, a commonly referred to as the Stockdale Tower ("the Real

6  Property").

7      3.    Debtor wishes to employ CB Richard Ellis ("CBRE"), 5060 California Avenue,

8  Suite 1000, Bakersfield CA, as its real estate broker to market, sell and/or lease the Real

9  Property.

10      4.    I believe that CBRE is a qualified real estate brokerage company that can assist

11  Debtor in the marketing and lease of the Real Property.  CBRE employs persons experienced in

12  the marketing of properties in Kern County, California.  Pat Thompson and I are the listing

13  agents and together with our support team we will assist Debtor in its efforts to market, sell

14  and/or lease the Real Property

15      5.    The terms of the commission structure is as follows:

16  **A. Sale of Real Property**

17      6.    Based on the terms of the <u>Exclusive Leasing Listing Agreement</u> and

18  <u>Amendment to Listing Agreement</u> entered into between debtor and CBRE, CBRE will receive

19  a commission on the sale of Real Property in the amount of a five percent (5%) of the gross

20  selling price if it represents both the buyer and Debtor. Any compensation paid to CBRE will

21  be paid directly from escrow from proceeds received from the sale of the Real Property and

22  shall be subject to approval by the Court.  CBRE has not received a retainer from Debtor or any

23  other person.

24      7.    If the Real Property is sold to buyers not represented by CBRE, Debtor

25  contemplates that CBRE would be entitled to receive a commission of up to two and one-half

26  percent (2 1/2%) of the gross selling price for services rendered in representing the estate in

27  marketing the property, subject to a motion requesting this compensation.  The broker,

28  representing such buyer, would be entitled to receive a commission of up to two and one-half

percent (2 1/2%) of the accepted and consummated sale price.  The estate will not be liable for more than the total of five percent (5%) for commissions.  The commission(s) will be payable only to the brokers involved in the accepted and consummated sale.

8.    CBRE has been informed and understands that no sale may be consummated until after notice, hearing and approval by the Bankruptcy Court is made.  Additionally, CBRE has been informed that any offer to purchase the Real Property will be subject to higher and better bids.

**B.    Lease of Real Property**

9.    CBRE will receive a commission on the lease of Real Property summarized as follows:

  a.    Gross Leases –where landlord pays all or base year portion of taxes

    ii.    <u>Term of Lease Less Than 5 Years</u>

     6% of total base rental for the 1st 24 months in which rent is to be paid, plus

     5% of the total base rental for the next 12 months in which rent is to be paid, plus

     4% of the total base rental for the remainder of the term.

    iii.    <u>Term of Lease 5 through 25 Years</u>

     5% of the total base rental for the first 60 months in which rent is to be paid, plus

     2 1/2% of the total base rental for the next 60 months in which rent is to be paid, plus

     1 1/2% of the total base rental for the remainder of the term.

  b.    Net Leases –where tenant pays all real estate taxes

    ii.    <u>Term of Lease Less Than 5 Years</u>

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

7% of total base rental for the 1st 24 months in which rent is to be paid, plus

6% of the total base rental for the next 12 months in which rent is to be paid, plus

5% of the total base rental for the remainder of the term.

iii.    Term of Lease 5 through 25 Years

6% of the total base rental for the first 60 months in which rent is to be paid, plus

3 1/2% of the total base rental for the next 60 months in which rent is to be paid, plus

2 1/2% of the total base rental for the remainder of the term.

If a lease term is in excess of 25 years then the commission shall be calculated upon only the base rental to be paid for the first 25 year of the lease term. See Exclusive Leasing Listing Agreement and Amendment to Listing Agreement attached as Exhibit "A" to the *Exhibits in Support of Application to Employ Real Estate Broker* for exact terms of the commission structure.

10.    I have reviewed Debtor's list of creditors. I believe that CBRE is a disinterested person as the term is defined in 11 USC Section 101(14).

11.    I have reviewed a list of employees of the Fresno Division of the Office of the United States Trustee. I believe CBRE has no connection with Debtor, its creditors, any other party in interest or their attorneys and accountants, the United States Trustee, or any person employed by the United States Trustee except for its employment on the terms described in this Application and the following connections:

a.    CBRE is a tenant of the Real Property. CBRE is current on its lease payments owed to Debtor,

3666612.DOC

4

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

b.      CBRE has represented affiliates of Debtor in the past regarding the purchase and/or lease of real property, and

c.      CBRE has represented Debtor in the past in negotiating various leases for parties.

12.      CBRE does not have a pre-petition claim against Debtor for any debt owed to CBRE by Debtor. CBRE does not owe any money to Debtor and is current on its lease payments to Debtor.

13.      The foregoing statements are within my personal knowledge and I could testify competently thereof if called as a witness.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 2, 2011

FRED WILKERSON

3666612.DOC

5

ORIGINAL