FILED
December 06, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003941577

**9**

1  T. SCOTT BELDEN, CSB NO. 184387
   JACOB L. EATON, CSB NO. 244834
2  KLEIN, DENATALE, GOLDNER,
     COOPER, ROSENLIEB & KIMBALL, LLP
3  4550 California Avenue, Second Floor
   Bakersfield, California 93309
4  Telephone: (661) 395-1000
   Facsimile: (661) 326-0418
5  E-Mail: sbelden@kleinlaw.com; jeaton@kleinlaw.com

6  Attorneys for Debtor

7

8              UNITED STATES BANKRUPTCY COURT

9        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 In re:                              Case No.  11-62167-B-11

12 STOCKDALE TOWER 1, LLC,             Chapter  11

13          Debtor.                    DC No.  KDG-5

14                                     Date:  No hearing required
                                       Time:  No hearing required
15                                     Place:     U.S. Bankruptcy Court
                                                  1300 18th Street, First floor
16                                                Bakersfield, California
                                       Judge:     Honorable W. Richard Lee
17

18         **EXHIBITS IN SUPPORT OF APPLICATION BY DEBTOR FOR ORDER**
           **AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER**
19                              **CB RICHARD ELLIS**

20    **EXHIBIT NO.**          **DESCRIPTION**                    **PAGE NO(S).**

21       A            Exclusive Leasing Listing Agreement and         2-7
                      Amendment to Listing Agreement
22
         B            Professional Profiles of Fred Wilkerson
23                    and Patrick Thompson                            8-9

24  Date: December 2, 2011              KLEIN, DeNATALE, GOLDNER,
25                                      COOPER, ROSENLIEB & KIMBALL, LLP
26
                                        By
27                                         T. SCOTT BELDEN
                                           JACOB L. EATON,
28                                         Attorneys for Debtor

3666525.DOC                    1

*Left margin (vertical):* KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

5-1450

# CB Richard Ellis

**EXCLUSIVE LEASING LISTING AGREEMENT**
CB RICHARD ELLIS
BROKERAGE AND MANAGEMENT
LICENSED REAL ESTATE BROKER

1.  In consideration of the listing for lease of the real property hereinafter described (the "Property") by CB RICHARD ELLIS ("Broker") and Broker's agreement to use its best efforts to effect a lease or leases of same, the undersigned ("Owner") hereby grants to Broker the exclusive right to negotiate a lease or leases of the Property for a period commencing ___August 1___ , 20 _04_ , and ending midnight ___December 31___ , 20 _10_ (the "Term"). The lease(s) shall be on the following terms: $1.70 per square foot, excluding utilities and janitorial, or terms acceptable to Owner.

    The property is situated in the City of ___Bakersfield___ , County of ___Kern___ , State of ___California___ , and is further described as 5060 California Avenue, Bakersfield, CA also known as APN #331-023-12.
    References herein to the Property shall be understood to include portions of the Property.

2.  Owner agrees to pay Broker a leasing commission in accordance with Broker's Schedule of Sale and Lease Commissions (the "Schedule"), a copy of which is executed by Owner, attached hereto and hereby made a part hereof. This commission shall be earned for services rendered if, during the Term: (a) the Property is leased to a tenant procured by Broker, Owner or anyone else; (b) a tenant is procured, by Broker, Owner, or anyone else, who is ready, willing and able to lease the Property on the terms above stated, or on any other terms agreeable to Owner; (c) any contract for the lease of the Property is entered into by Owner; or (d) Owner removes the Property from the market. Broker is authorized to cooperate with and to share its commission with other licensed real estate brokers, regardless of whether said brokers represent prospective tenants or act as Broker's subagents.

3.  Owner further agrees to pay Broker a commission in accordance with the Schedule, if, within one hundred twenty (120) calendar days after the expiration or termination of the Term the Property is leased to, or negotiations continue, resume or commence and thereafter continue leading to the execution of a lease with any person or entity (including his/her/its successors, assigns or affiliates) with whom Broker has negotiated (either directly or through another broker or agent) or to whom the Property has been submitted prior to the expiration or termination of the Term. Broker is authorized to continue negotiations with such persons or entities. Broker agrees to submit a list of such persons or entities to Owner not later than fifteen (15) calendar days following the expiration or termination of the Term, provided, however, that if a written offer has been submitted it shall not be necessary to include the offeror's name on the list.

4.  OWNER FURTHER AGREES THAT (a) IF A SALE, EXCHANGE OR OPTION TO PURCHASE THE PROPERTY IS MADE DURING THE TERM TO ANYONE, OR (b) IF, WITHIN ONE HUNDRED TWENTY (120) CALENDAR DAYS AFTER THE EXPIRATION OR TERMINATION OF THE TERM, THE PROPERTY IS SOLD, EXCHANGED, OR AN OPTION TO PURCHASE IS GRANTED, OR NEGOTIATIONS CONTINUE, RESUME OR COMMENCE AND THEREAFTER CONTINUE LEADING TO A SALE, EXCHANGE OR GRANT OF AN OPTION TO ANY PERSON OR ENTITY AS DESCRIBED IN PARAGRAPH 3 ABOVE, OWNER SHALL PAY BROKER A SALES COMMISSION IN ACCORDANCE WITH THE SCHEDULE.

5.  Commissions shall be payable hereunder when earned or at the earliest of lease execution, closing, close of escrow, recordation of a deed, or taking of possession by the purchaser or tenant.

6.  If security, earnest money or similar deposits made by a prospective tenant or purchaser are forfeited, in addition to any other rights of Broker pursuant to this Agreement, Broker shall be entitled to one-half (½) thereof, but not to exceed the total amount of the anticipated commission.

7.  To the extent permitted by applicable law, ⌐ and as specifically provided in a lease between Broker and Owner dated August 10, 2004. Broker is authorized to deduct its commissions from any deposits, payments or other funds, including proceeds of rental payments or sale, paid by a tenant or purchaser in connection with a transaction contemplated by this Agreement, and Owner hereby irrevocably assigns said funds and proceeds to Broker to the extent necessary to pay said commissions. Broker is authorized to provide a copy of this Agreement to any tenant or escrow or closing agent working on such transaction, and such escrow or closing agent, or tenant, is hereby instructed by Owner to pay Broker's commissions from any such funds or proceeds available. Owner shall remain liable for the entire amount of said commissions regardless of whether Broker exercises its rights under this paragraph.

8.  Owner and Broker agree that the Property will be offered in compliance with all applicable federal, state and local anti-discrimination laws and regulations.

Exhibit_____ 8/2/04  AW  A

Page_____ 2

9.   Owner agrees to cooperate with Broker in effecting leases of the Property and immediately to refer to Broker all inquiries of anyone interested in the Property. All negotiations are to be through Broker. Broker is authorized to accept a deposit from any prospective tenant and to handle it in accordance with the instructions of the parties unless contrary to applicable law. Broker is exclusively authorized to advertise the Property and exclusively authorized to place a sign(s) on the Property if, in Broker's opinion, such would facilitate the leasing of the Property. Owner represents that it is the owner of the Property. Owner and its counsel will be responsible for determining the legal sufficiency of a lease and any other documents relating to any transaction contemplated by this Agreement.

10.  Owner agrees to disclose to Broker and to prospective tenants and purchasers any and all information which Owner has regarding present and future zoning and environmental matters affecting the Property and regarding the condition of the Property, including, but not limited to structural, mechanical and soils conditions, the presence and location of asbestos, PCB transformers, other toxic, hazardous or contaminated substances, and underground storage tanks in, on or about the Property, as well as whether the Property is or may be situated in a flood zone or an Earthquake Fault Zone and/or a Seismic Hazard Zone, as defined in Sections 2621 et seq. and 2690 et seq. of the California Public Resources Code. Broker is authorized to disclose any such information to prospective tenants or purchasers.

11.  Owner acknowledges that Broker is a national brokerage firm and that in some cases it may represent prospective tenants or purchasers. Owner desires that the Property be presented to such persons or entities and consents to the dual representation created thereby. Broker shall not disclose the confidential information of one principal to the other.

12.  In the event that the Property comes under the jurisdiction of a bankruptcy court, Owner shall immediately notify Broker of the same, and shall promptly take all steps necessary to obtain court approval of Broker's appointment, unless Broker shall elect to terminate this Agreement upon said notice.

13   In the event that the Property becomes the subject of foreclosure proceedings prior to the expiration of this Agreement, then this Agreement shall be deemed suspended until such time as the Owner may reacquire his interest in the Property within the Term. If this Agreement is suspended pursuant to this paragraph, Broker shall be free to enter into a listing agreement with any receiver, the party initiating the foreclosure, the party purchasing the Property at a foreclosure sale, or any other person having an interest in the Property

14.  **ARBITRATION OF DISPUTES.** In the event of any dispute between Owner and Broker relating to this Agreement, the Property or Owner's or Broker's performance hereunder, Owner and Broker agree that such dispute shall be resolved by means of binding arbitration in accordance with the commercial arbitration rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) may be entered in any court of competent jurisdiction. Depositions may be taken and other discovery obtained during such arbitration proceedings to the same extent as authorized in civil judicial proceedings in the State of California. The arbitrator(s) shall be limited to awarding compensatory damages and shall have no authority to award punitive, exemplary or similar type damages. The prevailing party in the arbitration proceeding shall be entitled to recover its expenses, including the costs of the arbitration proceeding, and reasonable attorneys' fees.

**NOTICE: BY INITIALING IN THE SPACE BELOW YOU ARE AGREEING TO HAVE ANY DISPUTE ARISING OUT OF THE MATTERS INCLUDED IN THE 'ARBITRATION OF DISPUTES' PROVISION DECIDED BY NEUTRAL ARBITRATION AS PROVIDED BY CALIFORNIA LAW AND YOU ARE GIVING UP ANY RIGHTS YOU MIGHT POSSESS TO HAVE THE DISPUTE LITIGATED IN A COURT OR JURY TRIAL. BY INITIALING IN THE SPACE BELOW YOU ARE GIVING UP YOUR JUDICIAL RIGHTS TO DISCOVERY AND APPEAL, UNLESS SUCH RIGHTS ARE SPECIFICALLY INCLUDED IN THE 'ARBITRATION OF DISPUTES' PROVISION. IF YOU REFUSE TO SUBMIT TO ARBITRATION AFTER AGREEING TO THIS PROVISION, YOU MAY BE COMPELLED TO ARBITRATE UNDER THE AUTHORITY OF THE CALIFORNIA CODE OF CIVIL PROCEDURE. YOUR AGREEMENT TO THIS ARBITRATION PROVISION IS VOLUNTARY.**

**WE HAVE READ AND UNDERSTAND THE FOREGOING AND AGREE TO SUBMIT DISPUTES ARISING OUT OF THE MATTERS INCLUDED IN THE 'ARBITRATION OF DISPUTES' PROVISION TO NEUTRAL ARBITRATION.**

_____    _____
OWNER                                                            BROKER

15.  In the event that Owner lists the Property with another broker after the expiration or termination of this Agreement, Owner agrees to provide in the subsequent listing agreement that a commission will not be payable to the new broker with respect to transactions for which Owner remains obligated to pay a commission to Broker under paragraphs 3 or 4 hereof. Owner's failure to do so, however, shall not affect Owner's obligations to Broker under paragraphs 3 or 4 hereof.

Exhibit_____A_____

Page_____3_____

16. Each signator to this Agreement represents and warrants that he or she has full authority to sign this Agreement on behalf of the party for whom he or she signs and that this Agreement binds such party.

17. This Agreement constitutes the entire agreement between Owner and Broker and supersedes all prior discussions, negotiations and agreements, whether oral or written. No amendment, alteration, cancellation or withdrawal of this Agreement shall be valid or binding unless made in writing and signed by both Owner and Broker. This Agreement shall be binding upon, and shall benefit, the heirs, successors and assignees of the parties.

18. The parties hereto agree to comply with all applicable federal, state and local laws, regulations, codes, ordinances and administrative orders having jurisdiction over the parties, property or the subject matter of this agreement, including, but not limited to, the 1964 Civil Rights Act and all amendments thereto, the Foreign Investment In Real Property Tax Act, the Comprehensive Environmental Response Compensation and Liability Act, and The Americans With Disabilities Act.

The undersigned Owner hereby acknowledges receipt of a copy of this Agreement and the Schedule.

Accepted:

Stockdale Tower L.L.C.

_____

_____

a(n)_____

**CB A Richard Ellis**                          Owner

By: _____      By: _____
 Fred Wilkerson/Bill Thompson/Jeffrey T. Andrew             Terry Moreland
Title: Senior Associate/Senior Associate/First Vice President   Title: _____ Managing Partner _____ Manager

Address: 5555 California Avenue, Suite 301           By: _____

_____      Title: _____
 Bakersfield, CA 93313

Date: _____      Address: 5060 California Avenue, Suite 1150

Telephone: _____ (661) 327-2263 _____        _____
                                     Bakersfield, California 93309

                                     Date: September 30, 2004

                                     Telephone: _____ (661) 322-1081 _____

---

**CONSULT YOUR ADVISORS** - This document has legal consequences. No representation or recommendation is made by Broker as to the legal or tax consequences of this Agreement or the transaction(s) which it contemplates. These are questions for your attorney and financial advisors.

Exhibit _____ A _____

Page _____ 4 _____



# CB ▲ Richard Ellis

SCHEDULE OF SALE AND LEASE COMMISSIONS

CB RICHARD ELLIS
BROKERAGE AND MANAGEMENT
LICENSED REAL ESTATE BROKER

FOR PROPERTY AT **5060 California Avenue, Bakersfield, CA  also known as APN 331-023-12**

## A. SALES

As to sales of real property, Broker's commission shall be **5%** **6%** of the gross sales price. Gross sales price shall include any and all consideration received or receivable, in whatever form, including but not limited to assumption or release of existing liabilities. This commission shall be paid when earned or at the close of escrow through escrow, or if there is no escrow, then upon recordation of the deed; provided, however, if the transaction involves an installment contract, then payment shall be made upon execution of such contract. In the event Owner contributes or conveys the Property or any interest therein to a joint venture, partnership, or other business entity, the commission shall be calculated on the fair market value of the Property, less the value of the interest in the Property retained by or transferred to Owner, as the case may be, and shall be paid at the time of the contribution or transfer.* If Owner is a partnership, corporation or other business entity, and an interest in the partnership, corporation or other business entity is transferred, whether by merger, outright purchase, or otherwise, in lieu of a sale of the Property, and applicable law does not prohibit the payment of a commission in connection with such sale or transfer, the commission shall be calculated on the fair market value of the Property, rather than the gross sales price, multiplied by the percentage of interest so transferred, and shall be paid at the time of the transfer.

* Stockdale Tower LLC shall have the ability to transfer to an entity owned or controlled at least 70% by Terry and Peggy Moreland without paying a brokerage fee.

## B. LEASES OR SUBLEASES:

Commissions shall be payable on execution of a lease by Owner and a tenant, in accordance with the following rates: **50% ten (10) days from**                                                  and 50% ten (10) days from occupancy by Tenant

| GROSS LEASES | NET LEASES |
|---|---|
| (Where landlord pays all or base year portion of real estate taxes) | (Where tenant pays all real estate taxes) |
| **TERM OF LESS THAN 5 YEARS** | **TERM OF LESS THAN 5 YEARS** |
| 6% of the total base rental for the first 24 months in which rent is to be paid, plus | 7% of the total base rental for the first 24 months which rent is to be paid, plus |
| 5% of the total base rental for the next 12 months in which rent is to be paid, plus | 6% of the total base rental for the next 12 months in which rent is to be paid, plus |
| 4% of the total base rental for the remainder of the term. | 5% of the total base rental for the remainder of the term. |
| **TERM OF 5 YEARS THROUGH 25 YEARS** | **TERM OF 5 YEARS THROUGH 25 YEARS** |
| 5% of the total base rental for the first 60 months in which rent is to be paid, plus | 6% of the total base rental for the first 60 months in which rent is to be paid, plus |
| 2 ½ % total base rental for the next 60 months in which is to be paid, plus | 3 ½ % of the total base rental for the next 60 months in which rent is to be paid, plus |
| 1 ½ % of the total base rental for the remainder of the term. | 2 ½ % of the total base rental for the remainder of the term. |

The above rates are subject to the following provisions:

1.  *Term of More Than 25 Years:*

    If a lease term is in excess of 25 years then the commission shall be calculated only upon the base rental to be paid for the first 25 years of the lease term.

2.  *Month to Month Tenancy:*

    ~~The minimum commission for a month to month tenancy, tenancy at will, or any other tenancy which is not reduced to a written lease agreement between a tenant and Owner shall be equal to 50% the first month's base rental or $_____ whichever is greater. The commission shall be payable upon occupancy. In the event such a tenant subsequently executes a written lease with Owner, either directly or with the assistance of Broker or anyone else, within 24 months from the date of initial occupancy, then Broker shall receive a leasing commission with respect to such lease in accordance with the provisions of paragraph B., above.~~

3.  *Option(s) or Right(s) of First Refusal to Renew, Extend Lease or Occupy Additional Space:*

    If a lease for which a commission is payable hereunder contains (i) an option(s) or right(s) of first refusal to renew or extend, and a lease term(s) is renewed or extended whether strictly in accordance with the terms of such option(s) or right(s) or otherwise and/or (ii) an option(s) or right(s) of first refusal to expand, and a tenant occupies additional space whether strictly in accordance with the terms of such option(s) or right(s) or otherwise, then Owner shall pay a leasing commission in accordance with the provisions of this Schedule on the additional base rental to be paid, calculated at the commission rate applicable hereunder to the years of the lease in which the additional base rental is payable. Said commission shall be earned and payable at the time the extended term commences or the additional space is occupied, as applicable.

2040 16 Revised 4/00

Exhibit _____A_____                6/2/04    AM

Page _____5_____



4.  *Purchase of Property by Tenant:*

If a lease for which a commission is payable hereunder contains an option, right of first refusal, or similar right, and a tenant, its successors or assignees, or any agent, officer, employee or shareholder of a tenant purchases the Property whether strictly in accordance with the terms of such option, right of first refusal, similar right or otherwise during (a) the term of the lease, (b) any extension thereof, or (c) within ninety days after the expiration thereof, then a sales commission shall be calculated and paid in accordance with the provisions of Section A above; provided however, that there shall be a credit against such sales commission in the amount of lease commissions previously paid to Broker relating to that portion of the purchaser's lease term which is cancelled by reason of such sale. In no event shall such credit exceed the amount of such sales commission.

5.  ~~*Percentage Rent:*~~

~~If a lease for which a commission is payable hereunder contains a percentage rent clause, Owner shall pay a commission on the percentage rent payable by the tenant at the commission rate applicable to the period of the lease term for which the percentage rent is payable. This commission shall be payable within fifteen days after the tenant's final payment and accounting of percentage rent for the preceding lease year. Notwithstanding the foregoing, at the end of the third full lease year Owner shall pay a commission on percentage rent for the remainder of the original term of the lease. For the purpose of calculating this commission, the percentage rent for each remaining year of the term of the lease shall be deemed to be the same amount as the percentage rent payable for the third full lease year.~~

The provisions hereof are subject to the terms and provisions of any Exclusive Sales Listing Agreement, Exclusive Leasing Listing Agreement, Exclusive Subleasing Listing Agreement, Exclusive Representation Agreement or other agreement to which this Schedule may be attached and which is executed by the parties hereto.

In the event Owner fails to make payments within the time limits set forth herein, then from the date due until paid the delinquent amount shall bear interest at the maximum rate permitted in the state in which the office of the Broker executing this Schedule is located. If Broker is required to institute legal action against Owner relating to this Schedule or any agreement of which it is a part, ~~Broker~~ the prevailing party shall be entitled to reasonable attorneys' fees and costs.

Owner hereby acknowledges receipt of a copy of this Schedule and agrees that it shall be binding upon its heirs, successors and assignees. In the event Owner sells or otherwise disposes of its interest in the Property, Owner shall remain liable for payment of the commissions provided for in this Schedule and any agreement of which it is a part, including, without limitation, the commission obligations set forth in paragraphs 3,4, and 5 of Section B, unless the purchaser or transferee assumes all of such obligations in writing. The term "Owner" as used herein shall be deemed to include the owner of the Property, a party under contract to acquire the Property, a tenant under a ground lease and a tenant of the Property wishing to effect a sublease, lease assignment, or lease cancellation. The term "tenant" as used herein shall be deemed to include any subtenant, or assignee of a tenant, and the term "lease" shall be deemed to include a sublease or lease assignment.

**CB Richard Ellis**
Licensed Real Estate Broker

By: _____
Jeffrey J. Andrew/Fred Wilkerson/Patrick Thompson
First Vice President/Senior Associate/Senior Associate

APPROVED this 30 day of September 20 09

Stockdale Tower LLC
Owner

By: _____
Terry Moreland

Title: _____ Managing Partner  Manager

By: _____

Title: _____

**Exhibit** ___A___

**Page** ___6___



# CBRE
CB RICHARD ELLIS

AMENDMENT TO LISTING AGREEMENT

CB RICHARD ELLIS
BROKERAGE AND MANAGEMENT
LICENSED REAL ESTATE BROKER

Listing No. 5-1450, 5-1515

Date: January 1, 2011

This is an Amendment to the _____ Exclusive Leasing _____

Listing Agreement ("Listing") dated February 28, 2003 between _____ Stockdale Tower 1, LLC, a Limited Liability Company _____

_____ (Formerly known as "Stockdale Tower, LLC") _____ ("Owner") **and CB Richard Ellis** ("Broker")

for the real property described as _____ 5060 California Avenue, Bakersfield, CA _____

Owner and Broker hereby agree to amend the Listing as follows:

The New Termination Date Will Be: November 30, 2014

Except as expressly set forth in this Amendment, the Listing shall remain in full force and effect.

CB Richard Ellis
Licensed Real Estate Broker

By: _____
    Patrick Thompson/ Fred Wilkerson/ Jeff Andrew
Title: V. President / V. President/ Senior Vice President

Address: 5060 California Avenue, Suite 1000

_____ Bakersfield, CA  93309 _____

Telephone: _____ (661) 327-2263 _____

OWNER:  Stockdale Tower 1, LLC

By: _____
Title: _____ Owner _____

By: _Jerry L Moreland_
Title: _____ Jerry Moreland/Managing Partner

Address: 5060 California Ave, Suite 1150

_____ Bakersfield, CA 93309 _____

Telephone: _____ (661) 322-1081 _____

Form No. 5223 Rev 3/00

12/2/10    Exhibit    A

Page _7_

# PROFESSIONAL PROFILE

**Fred Wilkerson**
Vice President
Office Specialist
Lic. 00944295



fred.wilkerson@cbre.com
T 661.633.3818
F 661.633.3801

CB Richard Ellis | Bakersfield
Broker Lic. 01273287
5060 California Ave
Suite 1000
Bakersfield, CA 93309

**OTHER CLIENTS
REPRESENTED** (partial list)
• Castle and Cooke
• Fordco Foods Cold Storage
• Allstate Insurance
• New York Life
• Insight Medical Imaging
• Southern California Gas
• Shell Oil Company
• AT&T
• Borton, Petrini, Conron
• Gregory D. Bynum & Assoc.
• Tejon Ranch
• Pacific Pipeline
• Office of the Courts of CA
• Baker Hughes

Fred Wilkerson is a Vice President in the Bakersfield affiliate office of CB richard Ellis specializing in Office Properties.  Consistantly recognized as a leader in the office market discipline, Mr. Wilkerson has leased  or sold over one million square feet of office properties since joining CBRE in 1991.  His primary focus is on lease and sale transactions.

Prior to joining CB Richard Ellis, Mr. Wilkerson worked for Xerox Corporation where he was promoted to the highest level a salesman could obtain.  Additionally, Fred founded Production Marketing, Inc.  in 1981; a manufacturing and distributing company of various oil and agricultural products.  He owned and operated this company until it sold in 1989.

Fred has established a reputation of being dedicated, loyal, honest, and forthright with his clients.  He has represented numerous national, as well as international, clients throughout his tenure.  A partial list of clients is shown below:

• Equilon
• Pacific Bell
• Dole Foods
• Halliburton
• Kern Schools Federal C.U.
• Ivanhoe Energy

• Chevron
• Nestle
• Petroleum Club
• IKON
• Charles Schwab
• State of California

## CREDENTIALS
## PROFESSIONAL AFFILIATIONS / ACCREDITATIONS
- Board of Directors, YMCA
- Kern Economic Development Corporation, member
- Bakersfield Chamber of Commerce, member
- Petroleum Club of Bakersfield, member

## EDUCATION
- Bakersfield Junior College

**CBRE**
CB RICHARD ELLIS

Exhibit _____B_____

Page _____8_____

# PROFESSIONAL PROFILE

## Patrick Thompson

Vice President
Office and Land Specialist
Lic. 00872805



patrick.thompson@cbre.com
T 661.633.3813
F 661.633.3801

CB Richard Ellis  |  Bakersfield
Broker Lic. 01273287
5060 California Ave
Suite 1000
Bakersfield, CA 93309

### CLIENTS REPRESENTED
Former & current clients – Partial List

- Chevron USA, Inc.
- New York Life
- Tejon Ranch
- AT&T
- Verizon
- GMAC Mortgage
- MCI World Com
- Pacific Pineline
- Allstate Insurance
- Shell Oil
- Borton, Petrini, Conron
- Gregory D, Bynum & Assoc.
- RealVest
- State of California
- General Services Administration
- AG Edwards
- US House of Representatives, 22nd Congressional District
- First American Title Co.
- Parson's Engineering
- Ivanhoe Energy
- Office Depot
- Kern Schools Federal Credit Union

## PROFESSIONAL EXPERIENCE

Mr. Patrick Thompson, a Vice President in the Bakersfield affiliate office of CB Richard Ellis, has over 25 years experience in Commercial Office and Investment Real Estate transactions.  He was recruited to CBRE in 1999 after serving nine years as Vice President at a competing commercial firm.  His primary responsibilities has been to lead the expansion of the CBRE Office division in the Bakersfield Market.  Within a few years of Patrick's association at CBRE, the Office division had obtained a market share well in excess of 60% of the overall lease market availability.

## SIGNIFICANT ASSIGNMENTS

Patrick Thompson represented Kern Schools Federal Credit Union (KSFCU), one of the top five largest credit unions in the State, in a lease assignment of over 40,000 square feet of surplus space in their Class A office building complex in the University sub-market area.  He was instrumental in leasing the space to an affiliated company of Occidental Petroleum within several months of construction completion of the project for KSFCU.  Additionally, Mr. Thompson represented both the seller and the buyer of a parcel of prime C-O zoned land along the Stockdale office corridor (also located in the University sub-market).  On this same site, there are now four newly constructed Class A office and medical/office building(s) totaling over 51,000 square feet.  The lease rates for these four office buildings have been among the highest in the market.  Patrick oversaw the acquisition, and assisted in the development of the final City approved zoning ordinance overlay, of over 250 acres of prime, undeveloped commercial/industrial land in the center of the City of Bakersfield.  All of the above mentioned, and many other successful transactions, were accomplished in concert with his Office Team.  Current team members include: partner Fred Wilkerson, Sales Associate Kari Sturgeon, and Marketing Specialist Patty Jones.  Over the past several years, the Office division team has represented major clients in successful lease and sale transactions totaling over one million square feet of office, office/medical, and office/warehouse properties within the greater Bakersfield market.

## CREDENTIALS / PROFESSIONAL AFFILIATIONS / ACCREDITATIONS
- Chairman of the Board, Board of Directors, Goodwill Industries
- Advisory Council, Catholic Charities (Former)
- Director, Lori Brock Children's Museum (Former)
- Member, Greater Bakersfield Chamber of Commerce
- Greater Bakersfield Chamber Commerce Leadership Bakersfield Class 1999
- Volunteer, "Watch us Grow" National Tree Trust Foundation
- Church Leader

## EDUCATION
- Bachelor of Science degree in Management, California State University at Fresno





Exhibit __B__
__9__