Case 11-62167  Doc 78  Page 1 of 4

FILED
December 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003966936

**4**

T. SCOTT BELDEN, CSB NO. 184387
JACOB L. EATON, CSB NO. 244834
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail: sbelden@kleinlaw.com; jeaton@kleinlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 11-62167-B-11 |
| STOCKDALE TOWER 1, LLC, | Chapter 11 |
| Debtor. | DC No. KDG – 7 |
| | Date: December 22, 2011 |
| | Time: 9:00 a.m. |
| | Place: Bankruptcy Court |
| | 2500 Tulare Street, Dept. B |
| | Courtroom 12, Fifth Floor |
| | Fresno, California |
| | Judge: W. Richard Lee |

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR SERVICE OF NOTICE OF HEARING AND HOLDING HEARING IN FRESNO ON DEBTOR'S MOTION FOR ORDER APPROVING
<u>LEASE TRANSACTION AND ALLOWING BROKERAGE FEE</u>**

STOCKDALE TOWER 1, LLC ("Debtor") brings this *Ex Parte Application for Order Shortening Time for Service of Notice of Hearing and Holding Hearing in Fresno on Motion for Order Approving Lease Transaction and Allowing Brokerage Fee* ("the Application"), and represents as follows:

1. Local Bankruptcy Rule 9014-1(f)(2) requires that the Debtor provide at least 14

1  days notice of all contested matters, including motions, whether filed in a bankruptcy case or in
2  an adversary proceeding, objections, applications and other matters for which a hearing is
3  necessary, while FRBP, Rule 2002(a)(2) and(6) required at least 21 days notice of motions to
4  use property of the estate other than in the ordinary course of business and motions for approval
5  of professional fees. However, the Court has the power pursuant to Local Bankruptcy Rule
6  9014-1(f)(3) and FRBP, Rule 9006(c)(1) to shorten the time provided for notice.
7      2.    Debtor seeks an Order Shortening Time for the hearing on its *Motion for Order*
8  *Approving Lease Transaction and Allowing Brokerage Fee* ("Motion") so that creditors and
9  parties in interest can receive three days notice of the hearing on the Motion, that any
10 opposition may be presented at the time of the hearing, and that a hearing on the Motion take
11 place December 22, 2011, at 9:00 a.m., in Fresno, California.
12     3.    Debtor filed and served the Motion concurrently with this Application on parties
13 in interest, noting a hearing date of December 22, 2011, at 9:00 a.m., in Fresno  If this
14 Application is not granted, then Debtor will file and serve a corrected notice with the new
15 hearing date, time, and location.
16     4.    The grounds for the Order Shortening Time for Notice and Holding Hearing in
17 Fresno are as follows:
18     5.    Debtor has entered into an agreement with Chevron U.S.A., Inc. ("Chevron")
19 through which Debtor will lease office space to Chevron. The recently-executed Fourth
20 Addendum to the lease provides that Chevron will deposit money required by the Lease and by
21 prior addendums into an escrow and will receive a credit for the money toward rent. Part of the
22 escrowed money will be used by Debtor to complete the tenant improvements necessary before
23 Chevron takes possession. The balance of the funds will be used to pay half of the brokerage
24 fee to CB Richard Ellis, which becomes due and payable as soon as Chevron takes possession.
25     6.    Debtor seeks to shorten the notice period because it is imperative to Debtor's
26 reorganization that Chevron takes possession of the premises as soon as possible. Debtor does
27 not have any alternative source of funds to complete the tenant improvements, without which
28 Chevron will not take possession. Futher, Chevron is expending funds that it can offset against

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

future rent. Therefore, it is in the best interest of all parties involved to have a decision regarding the Lease Transaction as soon as possible for Chevron to take possession on January 1, 2012.

7. It is no great exaggeration that this transaction is the key to Debtor's reorganization. Chevron will be leasing four of the twelve floors of Debtor's office tower. The sooner the tenant improvements and broker's commission are funded, the sooner this space will be occupied and the sooner Debtor will begin receiving lease payments. Debtor does not believe that any party will oppose the motion, because, as outlined in the Motion, Debtor's major secured creditor has already approved the transaction.

8. If the Motion was heard on regular notice, the next available Bakersfield hearing date would be January 11, 2011—almost two weeks after Chevron proposes to take possession.

9. Having the hearing on December 22, 2011, will not prejudice the creditors or any other party in interest because any person with opposition to the Motion will have three days to review the Motion before the hearing, and no written opposition will be required. As set forth in the Motion, the approval of this transaction will allow the Debtor to obtain access to funds necessary to complete the tenant improvements necessary to allow Chevron to take possession. And, if the Motion is approved, the transaction will fund half of the payment of the broker commission that will become due to CB Richard Ellis when Chevron takes possession.

10. Accordingly, cause exists to shorten the time for the hearing on the Motion and to hold the hearing in Fresno.

WHEREFORE, Debtors pray that:

1. The *Ex Parte Application for Order Shortening Time for Service of Notice of Hearing and Holding Hearing in Fresno on Motion for Order Approving Lease Transaction and Allowing Brokerage Fees* be granted;

2. The notice period provided by Local Bankruptcy Rule 9014-1(f)(2) and FRBP 2002(a)(2) and(6) for hearing be shortened to three days pursuant to Local Bankruptcy Rule 9014-1(f)(3) and FRBP 9006(c)(1), provided that Debtor serves copies of the Notice of Hearing on the U.S. Trustee, all creditors and all parties requesting special notice, via first class mail no

1 later than December 19, 2011 and Debtor serves copies of the Notice of Hearing, Motion and the supporting documents via facsimile or electronic mail on the following parties:

    a.    U.S. Trustee;

    b.    LNR Partners attorneys;

    c.    CB Richard Ellis; and

    d.    Chevron;

3. Opposition, if any, to the Motion shall be presented at the hearing on the Motion; and

4. The hearing on the Motion be held on December 22, 2011, at 9:00 a.m. in Fresno, California.

Dated: December 19, 2011

    KLEIN, DeNATALE, GOLDNER,
    COOPER, ROSENLIEB & KIMBALL, LLP

    By_____
    T. SCOTT BELDEN
    JACON L. EATON
    Attorneys for Debtors